ACCEPTED
03-15-00293-CV
7145866
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/29/2015 1:39:22 PM
JEFFREY D. KYLE
CLERK

_____

## NO. 03-15-00293-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/29/2015 1:39:22 PM
JEFFREY D. KYLE
Clerk

In the Court of Appeals
For the Third Judicial District of Texas
Austin, Texas

_____

BOB E. WOODY,
Plaintiff-Appellant,

v.

J. BLACK'S, LP and J. BLACK'S, GP, LLC,
Defendants-Appellees.

_____

On Appeal from Cause No. D-1-GN-09-001436
In the 345th Judicial District Court of Travis County, Texas
The Honorable Steven Yelenosky Presiding

_____

## Appellees' Unopposed Motion for
## Extension of Time to File Brief in Response to Brief of Appellant
## Bob E. Woody

TO THE HONORABLE COURT OF APPEALS:

Appellees' opening brief currently is due October 19, 2015. Pursuant to Texas Rule of Appellate Procedure 38.6(d), appellees respectfully request a 60-day extension of time until **December 18, 2015** to file their Brief in Response to Appellant Bob E. Woody. This extension is requested for the following reasons.

1

In addition to other personal and professional obligations, the undersigned will have personal and professional responsibility for the following additional commitments during October 2015:

- Two week trial set in the 201st Judicial District Court of Travis County, Texas in Cause No. GN-13-00516, *Nancy Schaefer vs. Michael J. Delitta, et al.*
- Various pre-trial hearings for November 2, 2015 trial in *In re: Life Partners Holdings, Inc.*, Case No. 15-40289-RFN-11, In the United States Bankruptcy Court For the Northern District of Texas, Fort Worth Division
- Various hearings scheduled in *In re: Victory Medical Center, et al.,* Case No. 15-42373-rfn-11, In the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division

Although the undersigned has not given these commitments priority over the current appeal, the undersigned could not complete the Appellees' Brief in Response in this matter by October 19, 2015 given the deadlines in these other matters.

The undersigned has confirmed that appellant is unopposed to this motion and agreed to this extension.

No prior extensions have been previously requested or granted.

**Prayer**

Appellees respectfully request that the Court grant them a 60-day extension of time to file their Brief in Response.

Respectfully submitted,

TAUBE SUMMERS HARRISON TAYLOR
MEINZER BROWN, LLP

By:    */s/ Eric Taube*
      Eric Taube
      State Bar No. 19679350
      etaube@taubesummers.com
      Andrew Vickers
      State Bar No. 24084021
      avickers@taubesummers.com
      100 Congress Avenue, Suite 1800
      Austin, Texas 78701
      Telephone: (512) 472-5997
      Telecopier: (512) 472-5248

ATTORNEYS FOR APPELLEES

## CERTIFICATE OF CONFERENCE

On September 28, 2015, I conferred with appellant's counsel regarding this motion, and on September 29, 2015 they informed me that appellant was unopposed to the relief requested herein.

*/s/ Eric Taube*
Eric Taube/Andrew Vickers

3

## CERTIFICATE OF SERVICE

I certify that on September 29, 2015, a true and correct copy of the foregoing document was served on the following counsel of record by electronic filing:

Tom C. McCall
tmccall@themccallfirm.com
David B. McCall
dmccall@themccallfirm.com
THE MCCALL FIRM
3660 Stoneridge Road, Suite F-102
Austin, TX 78746-7759
Telecopier: (512) 477-2271

Jeremy J. Gaston
jgaston@hmgllp.com
HAWASH, MEADE, GASTON, NEESE & CICACK, LLP
2118 Smith Street
Houston, Texas 77002
Telecopier: (713) 658-9011

Rick Gray
Rick.gray@graybecker.com
GRAY & BECKER, PC
900 West Avenue
Austin, Texas 78701
Telecopier: (512) 482-0924

Hector H. Cárdenas, Jr.
hcardenas@cardenas-law.com
THE CÁRDENAS LAW FIRM
3660 Stoneridge Road, Suite F-102
Austin, TX 78746
Telecopier: (512) 477-2271

*/s/ Eric Taube*
Eric Taube

4